UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation;<br><br>      Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; et al.,<br><br>      Defendants. | NO: CV-11-3028-RMP<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST CITIES OF KENNEWICK, PASCO, AND RICHLAND AND GRANTING MOTION TO EXPEDITE |

  Before the Court are the joint Motion to Dismiss Claims, ECF No. 152, and Motion to Expedite, ECF No. 155, filed by Plaintiff Confederated Tribes and Bands of the Yakama Nation ("Yakama") and Defendant Cities of Kennewick, Pasco, and Richland. The Court has read the relevant pleadings and the file and is fully informed.

ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST
CITIES OF KENNEWICK, PASCO, AND RICHLAND AND GRANTING
MOTION TO EXPEDITE ~ 1

The Plaintiff has reached a compromise with the Cities of Kennewick, Pasco, and Richland, and wishes to dismiss all claims against the Cities of Kennewick, Pasco, and Richland with prejudice and without fees or costs to any party.  ECF No. 154 at 2.

The Court finds that the interests of judicial economy and the agreement of the parties establish good cause to expedite this hearing.  Upon a plaintiff's request, an action may be dismissed by court order on terms that the court considers proper.  Fed. R. Civ. P. 41(a)(2).  The Court finds that the Plaintiff, along with the Cities of Kennewick, Pasco, and Richland, has made such a request and that the requested terms are proper.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Joint Motion to Expedite, **ECF No. 155**, is **GRANTED**.  The Motion to Dismiss will be heard without oral argument on September 2, 2011.

2. The Joint Motion to Dismiss Claims Against Cities of Kennewick, Pasco, and Richland, **ECF No. 152**, is **GRANTED**.

3. Plaintiff's Complaint and any and all counterclaims and/or cross-claims relating to Cities of Kennewick, Pasco, and Richland only are dismissed

ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST CITIES OF KENNEWICK, PASCO, AND RICHLAND AND GRANTING MOTION TO EXPEDITE ~ 2

with prejudice and without costs to any party. All other claims against all other parties remain as filed.

4. The Defendant Cities of Kennewick, Pasco, and Richland's Summary Judgment Motion and Motion to Dismiss, **ECF No. 95**, is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 2nd of September, 2011.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge