UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the enrolled members of the Confederated Tribes and Bands of the Yakama Nation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; et al.,<br><br>Defendants. | NO: CV-11-3028-RMP<br><br>PROTECTIVE ORDER FOR CONFIDENTIAL MATERIAL |

Plaintiff has requested the production of documents from the Federal Bureau of Investigation ("FBI"). Some of the requested documents contain information that may be subject to the restrictions of the Privacy Act. The documents also contain the identities of FBI personnel, which information is not

PROTECTIVE ORDER FOR CONFIDENTIAL MATERIAL ~ 1

1  publicly available and is protected by the FBI due to the heightened personal
2  security concerns of employees of the FBI. After discussions among counsel, the
3  parties have agreed to entry of a protective order as laid out below.  In light of the
4  agreement of the parties and the Court's finding good cause, **IT IS HEREBY**
5  **ORDERED:**
6      1) In response to Plaintiffs' discovery requests, the FBI may produce
7  responses and documents that in whole or part contain information not publicly
8  available and may be protected by the Privacy Act. More specifically, this
9  information would include the identities of FBI personnel, which information is
10  not publicly available and is protected by the FBI due to the heightened personal
11  security concerns of employees of the FBI. Upon approval of this Stipulation and
12  Order, under the authority of the Court conferred by Rule 26(c) of the Federal
13  Rules of Civil Procedure and 5 U.S.C. § 552a(b)(11), such production will not be
14  contrary to the Privacy Act.
15      2) These above-referenced documents produced by the FBI for
16  inspection and copying by the plaintiffs shall be designated as "Confidential" and
17  shall be held in confidence by Plaintiffs' counsel and Plaintiffs. They shall be
18  made available only to counsel, consultants and advisors of counsel, and to the
19  parties represented by counsel. Unless otherwise agreed by counsel or ordered by
20  the Court, such documents may be used only for the purpose of this litigation, and

PROTECTIVE ORDER FOR CONFIDENTIAL MATERIAL ~ 2

all copies will be destroyed by the plaintiff and his counsel no later than 60 days after termination of this case.

3) All persons having access to the documents produced under this Stipulation and Order will first agree not to further disclose the documents, or the information they contain, other than in conformance with this Order (or such further Order as the Court may enter), or the provisions of the Privacy Act, 5 U.S.C. § 552a(b). Each person who has been granted access to the documents will evidence such agreement by executing an Acknowledgment of Stipulation and Order and serving all counsel. A sample Acknowledgment has been attached hereto as Exhibit 1.

4) In the event that one or more of the parties uses a document subject to this Stipulation and Order as evidence in a deposition or other discovery proceeding in this case, that portion of the deposition or other discovery proceeding shall be subject to this Order, unless the Court first enters an Order modifying the limitations on further disclosure of the document.

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 1st day of March 2012.

                                           *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                   Chief United States District Court Judge

PROTECTIVE ORDER FOR CONFIDENTIAL MATERIAL ~ 3