UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally-recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama Nation;<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>Defendants. | NO:  CV-11-3028-RMP<br><br>ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST CERTAIN DEFENDANTS |

**BEFORE** the Court is Plaintiffs' and Defendants Marshall County,

Mississippi, the City of Tupelo, Mississippi, the County of Roanoke, the City of

Martinsville, the Town of Viton, Virginia, and the County of Benton,

Washington's Joint Motion to Dismiss Claims Against Certain Defendants, ECF

No. 303.  Having reviewed said Motion and the file and pleadings therein, the

ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST
CERTAIN DEFENDANTS ~ 1

Court deems itself otherwise fully informed.  Accordingly, **IT IS HEREBY**

**ORDERED**:

1. The parties' Joint Motion to Dismiss Claims Against Certain

   Defendants, **ECF No. 303**, is **GRANTED**.

2. The claims of Plaintiffs and Defendants Marshall County, Mississippi,

   the City of Tupelo, Mississippi, the County of Roanoke, the City of

   Martinsville, the Town of Vinton, Virginia, and the County of Benton,

   are dismissed against each other, only, without prejudice and without fees

   or costs to any party.

3. Roanoke County's Motion to Dismiss, **ECF No. 127**, and Benton

   County's First Motion for Summary Judgment, **ECF No. 133**, are

   **STRICKEN**.

4. Benton County, Marshall County, City of Tulepo, Roanoke County, City

   of Martinsville, and City of Vinton are **TERMINATED** as parties in the

   case.

   The District Court Clerk is directed to enter this Order, amend CM/ECF

accordingly, and provide copies to counsel.

   **DATED** this 17th day of June 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST
CERTAIN DEFENDANTS ~ 2