1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

CONFEDERATED TRIBES AND
BANDS OF THE YAKAMA
NATION, a federally-recognized
Indian tribal government and as *parens
patriae* on behalf of the Enrolled
Members of the Confederated Tribes
and Bands of the Yakama Nation;

11

Plaintiffs,

12

v.

13

ERIC H. HOLDER, JR., et al.,

14

Defendant.

NO:  CV-11-3028-RMP

ORDER GRANTING PARTIES'
JOINT MOTION TO DISMISS
CLAIMS AGAINST DEFENDANT
COUNTY OF YAKIMA

15

16

17

18

19

20

   **BEFORE** the Court is Plaintiffs' and Defendant Yakima County's Joint

Motion to Dismiss Claims against Defendant County of Yakima, ECF No. 306.

Having reviewed said motion and the file and pleadings therein, the Court finds

good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED:**

ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS CLAIMS
AGAINST DEFENDANT COUNTY OF YAKIMA ~ 1

1. The parties' Joint Motion to Dismiss Claims against Defendant County of Yakima, **ECF No. 306**, is **GRANTED**. Plaintiffs' Complaint and all counterclaims and/or cross-claims, if any, are dismissed **without prejudice as to Defendant County of Yakima only** and without costs to Plaintiffs or Defendant County of Yakima.

2. Any motions and/or scheduled court hearings pertaining to Defendant Yakima County are hereby **STRICKEN**.

3. All other Defendant(s) and claims remain pending.

The District Court Clerk is directed to enter this Order, to terminate County of Yakima as a defendant in this matter, and to provide copies of this Order to counsel.

**DATED** this 24th day of June 2013.

　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　Chief United States District Court Judge

ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT COUNTY OF YAKIMA ~ 2