UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a federally recognized Indian tribal government and as *parens patriae* on behalf of the Enrolled Members of the Confederated Tribes and Bands of the Yakama nation;<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR. et al.,<br><br>Defendant. | NO: CV-11-3028-RMP<br><br>ORDER GRANTING AMENDED JOINT MOTION TO DISMISS CLAIMS WITH AND WITHOUT PREJUDICE AGAINST FEDERAL DEFENDANTS |

**BEFORE** the Court is the parties' Joint Motion to Dismiss Claims against Federal Defendants, ECF No. 310, and the parties' Amended Joint Motion, ECF No. 311. Having reviewed the motions and the file and pleadings therein, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

ORDER GRANTING AMENDED JOINT MOTION TO DISMISS CLAIMS WITH AND WITHOUT PREJUDICE AGAINST FEDERAL DEFENDANTS ~ 1

1. The parties' Amended Joint Motion to Dismiss Claims against Federal Defendants, **ECF No. 311**, is **GRANTED**, and **ECF No. 310**, is **MOOT**.

2. Plaintiffs' Complaint and claims against Defendants Eric H. Holder, Jr.; United States Department of Justice; Robert S. Mueller, III; Federal Bureau of Investigation; Stacia Hylton; United States Marshals Service; Kenneth E. Melson; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Douglas H. Shulman; Internal Revenue Service; John J. Manfreda; Alcohol and Tobacco Tax and Trade Bureau; Timothy Geithner; United States Department of Treasury; and United States of America are dismissed **without** prejudice and without an award of fees or costs to any party.

3. Plaintiffs' *Biven* claims relating only to the February 16, 2011, entry upon Yakama Reservation trust lands, against Defendants Federal Bureau of Investigation Special Agent Matthew A. Bullwinkel, John Doe Federal Agent Goodpasture, and John Doe FBI Agents are dismissed **with** prejudice and without an award of fees or costs to any party.

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All scheduled court hearings, if any, are **STRICKEN**.

/ / /

/ / /

ORDER GRANTING AMENDED JOINT MOTION TO DISMISS CLAIMS
WITH AND WITHOUT PREJUDICE AGAINST FEDERAL DEFENDANTS ~ 2

1  The District Court Clerk is directed to enter this Order, enter judgment
2  accordingly, and provide copies to counsel.  This case **remains closed**.
3  **DATED** this 27th day of September 2013.

4

5         *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
6         Chief United States District Court Judge