AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, *Plaintiff* <br> v. <br> ERIC H. HOLDER, JR. et al., *Defendant* | Civil Action No. CV-11-3028-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs' Complaint and claims against Defendants Eric H. Holder, Jr.; United States Department of Justice; Robert S. Mueller, III; Federal Bureau of Investigation; Stacia Hylton; United States Marshals Service; Kenneth E. Melson; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Douglas H. Shulman; Internal Revenue Service; John J. Manfreda; Alcohol and Tobacco Tax and Trade Bureau; Timothy Geithner; United States Department of Treasury; and United States of America are dismissed without prejudice and without an award of fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 27, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer