# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,

*Plaintiff*

v.

ERIC H. HOLDER, JR. et al.,

*Defendant*

Civil Action No. CV-11-3028-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Biven claims relating only to the February 16, 2011, entry upon Yakama Reservation trust lands, against Defendants Federal Bureau of Investigation Special Agent Matthew A. Bullwinkel, John Doe Federal Agent Goodpasture, and John Doe FBI Agents are dismissed with prejudice and without an award of fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: September 27, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer